**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Mumin Sahib ABDULLAH, a/k/a
Phillip Edward Roberson,
Defendant–Appellant.**

No. 01–6185.

United States Court of Appeals,
Fourth Circuit.

Submitted May 17, 2001.

Decided May 25, 2001.

Mumin Sahib Abdullah, pro se. Susan Moss Ringler, Office of the United States Attorney, Baltimore, MD, for appellee.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Mumin Sahib Abdullah appeals from the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *United States v. Ab-*

---

* We recently held in *United States v. Sanders,* 247 F.3d 139 (4th Cir.2001), that the new rule announced in *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is not retroactively applicable to cases on collateral review. Accordingly, Abdullah's *Apprendi* claims are not cognizable.

*dullah,* Nos. CR-93-419-JFM, CA-00-2455-JFM (D.Md. filed Dec. 18, 2000; entered Dec. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*